## Commonwealth, Appellant, v. Kling.

Argued April 10, 1940.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADT-FELD, PARKER, RHODES and HIRT, JJ.

*Lewis S. Kunkel,* Assistant District Attorney, with him *Carl B. Shelley,* District Attorney, for appellant.

*Thomas D. Caldwell,* with him *Robert T. Fox, Carl B. Stoner, Maurice Yoffee* and *Caldwell, Fox & Stoner,* for appellee.

MEMORANDUM DECISION.

PER CURIAM, April 29, 1940:

Order affirmed.